IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT OGLESBY, | |
| Plaintiff, | 4:16-CV-3189 |
| vs. | |
| AMY LESAN and CHAD HEIN, | ORDER |
| Defendants. | |

The parties should be advised that my oldest son, who is a licensed attorney, contracts with the City of Lincoln to provide the City with lobbying services. Although the City is not a party to this case, it appears from the complaint that the City's interests are sufficiently implicated to require my recusal pursuant to 28 U.S.C. § 455(b)(5)(iii).

THEREFORE, IT IS ORDERED that I recuse myself from this case and the Clerk shall refer this matter to the Chief Judge for reassignment.

Dated this 20th day of Dectember, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge