IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROBERT OGLESBY, | ) | |
| --- | --- | --- |
| | ) | 4:16CV3189 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| AMY LESAN and CHAD HEIN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In a text order entered on April 5, 2017 (Filing 21), Magistrate Judge Cheryl R. Zwart granted defendant Hein's motion to file an amended answer and denied the plaintiff's motion to strike various allegations in both defendants' answers without prejudice to refiling as to defendant Lesan. On April 19, 2017, Plaintiff filed a statement of objections to the text order (Filing 26) and a supporting brief (Filing 27).

After careful review conducted pursuant to 28 U.S.C. § 636(b)(1)(A), Fed. R. Civ. P. 72(a), and NECivR 72.2, I find that the challenged text order is not clearly erroneous or contrary to law. Accordingly,

IT IS ORDERED:

1.  Plaintiff's statement of objections (Filing 26) is denied.

2.  The Magistrate Judge's text order entered on April 5, 2017 (Filing 21), is sustained and shall not be disturbed.

DATED this 17th day of May, 2017.

                                                        BY THE COURT:
                                                        s/ *Richard G. Kopf*
                                                        Senior United States District Judge