IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT OGLESBY, <br><br> Plaintiff, <br><br> vs. <br><br> AMY LESAN, and CHAD HEIN, <br><br> Defendants. | 4:16CV3189 <br><br> ORDER |

After conferring with counsel,

IT IS ORDERED:

1) Plaintiff's motion to file a reply brief, (Filing No. 92), is granted and the reply brief has been considered in ruling on the parties' pending discovery motions.

2) Defendant's motion to quash, (Filing No. 69), the arguments of which were also raised in Defendant's amended motion to quash, is denied as moot.

3) As to the issues raised in Defendants' motion for protective order and their amended motion to quash, or in the alternative, motion for protective order, (Filing Nos. 74 and 77), the court's rulings are stated on the record, (Filing No. 94).

4) On or before August 25, 2017, the parties shall forward their proposed protective order, in an MS Word format and drafted in accordance with the court's oral rulings, to zwart@ned.uscourts.gov.

August 22, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge