# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT OGLESBY,<br><br>        Plaintiff,<br><br>vs.<br><br>AMY LESAN, and CHAD HEIN,<br><br>        Defendants. | **4:16CV3189**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) Defendants' respective replies on their pending summary judgment motions shall be filed on or before January 5, 2018.

2) The pretrial conference and jury trial are continued pending further order of the court. If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment rulings, the parties who remain in the case following those rulings shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference and trial.

December 12, 2017.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge