IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT OGLESBY,<br><br>        Plaintiff,<br><br>vs.<br><br>AMY LESAN, and CHAD HEIN,<br><br>        Defendants. | **4:16CV3189**<br><br>**ORDER** |

As requested in Defendant Lesan's motion, (Filing No. 119), which is hereby granted,

IT IS ORDERED:

1) David A. Derbin is substituted for Ryan M. Swaroff and Kayla Hathcote as counsel for Defendant, Amy Lesan.

2) Ryan M. Swaroff and Kayla Hathcote are hereby withdrawn as counsel for Defendant, Amy Lesan, and all ECF notices to them shall be terminated.

January 10, 2018.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge